IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | CIVIL ACTION NO. MDL 875 |
| LIABILITY LITIGATION (No. VI) | : | |
| _____X | | |
| This Document Relates To: | : | MISC. ACTION No. 09-MC-103 |
| | : | (Oil Rig Cases) |
| (See Exhibit A - attached case list) | : | |
| _____X | | |

## ORDER

**AND NOW**, this  14th  day of May, 2010, upon consideration of Defendants "Combined

Motion and Brief of Union Carbide Corporation to Hold Dr. Jay T. Segarra in Civil Contempt"

(09-MC-103, Doc. 49) ("Motion for Contempt"),  Plaintiffs response (09-MC-103, Doc. 69), and

Defendant's reply, (09-MC-103, Doc. 70), it is **HEREBY ORDERED THAT** Defendants

Motion for Contempt is **DENIED**.

Further, and upon consideration of Plaintiffs' "Motion to Dismiss" (09-MC-103, Doc.

100) and Defendant "Union Carbide Corporation's Combined (1) Response to Plaintiffs' Motion

to Dismiss, (2) Motion for Leave to File Bill of Costs and (3) Brief on the Impact of Plaintiffs'

Motion to Dismiss on Union Carbide Corporation's [Motion for Contempt]," (09-MC-103, Doc.

102), it is **ORDERED THAT** Defendant's Motion for Leave to File a Bill of Costs is

**GRANTED in part** and **DENIED in part**.  Defendants shall have fourteen (14) days to file a

bill of cost reflecting the reasonable attorney's fees and costs expended in its preparation for, and

participation in, telephone conferences regarding the development of the document segregation

protocol, the drafting of proposed language for this order, and any other costs and fees reasonably

connected to its role in assisting the Court and Plaintiffs in developing this mechanism for the

1

discovery of Dr. Segarra's documents and materials.[1]

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's reasoning as to the disposition of these motions is set out in detail in the accompanying memorandum opinion.

**ATTACHED LIST OF CASES**

| Last Name | First Name | Mississippi State Dist Court Number | EDPA Docket No. |
|---|---|---|---|
| Brady | Clinton L. | 2006-407-CV11 | 5:08-cv-87071 |
| Broom | Harvey E. | 2006-519-CV11 | 5:08-cv-87069 |
| Bullock | Deloice | 2006-520-CV11 | 5:08-cv-87072 |
| Crawford | Joseph | 2006-394-CV11 | 5:08-cv-87080 |
| Curd | Patrick | 2006-525-CV11 | 5:08-cv-87083 |
| Daniels | Willie Lee | 2006-409-CV11 | 5:08-cv-87068 |
| Daughdrill | Dan Mack | 2006-526-CV11 | 5:08-cv-87081 |
| Dearman | Rolland | 2006-410-CV11 | 5:08-cv-87070 |
| Dixon | George D. | 2006-374-CV11 | 5:08-cv-87077 |
| Emler | Louie T. | 2006-464-CV11 | 5:08-cv-87084 |
| Faust | Johnny W. | 2006-90-CV3 | 5:08-cv-85894 |
| Herring (dec'd) | Henry A. | 2006-468-CV11 | 5:08-cv-87079 |
| Livingston | Daniel | 2006-94-CV3 | 5:08-cv-85987 |
| Lord, Sr. | Archie A. | 16-0056 | 5:08-cv-87030 |
| McPhail | Ralph T. | 2006-345-CV9 | 5:08-cv-87048 |
| Mounteer, Sr. | Eliel K. | 2006-555-V11 | 5:08-cv-87073 |
| Newsom | Joseph | 16-0018 | 5:08-cv-87076 |
| Newsom | Lonnie | 2006-414-CV11 | 5:08-cv-87031 |
| Piner | Ted L. | 2006-415-CV11 | 5:08-cv-87078 |
| Polk | Brandon Kaye | 2006-206-CV3 | 5:08-cv-85986 |
| Polk | Dale F. | 2006-85-CV3 | 5:08-cv-85985 |
| Rawls | Ray C. | 2006-417-CV11 | 5:08-cv-87075 |
| Smith (dec'd) | Cleophus | 2006-75 | 5:08-cv-87032 |
| Thomas | Tony N. | 2006-573-CV11 | 5:08-cv-87082 |
| Wallace | Terry | 2006-491-CV11 | 5:08-cv-87074 |