IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : X | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | : : | MISC. ACTION No. 09-MC-103 (Oil Rig Cases) |
| (See Exhibit A - attached case list) | : X | |

## EXPLANATION AND ORDER

On June 9, 2010, plaintiffs' counsel filed what it styled as "Objections to Union Carbide Corporation's Bill of Costs, Order and Memorandum Opinion of May 14, 2010" (hereinafter "Objections"). By this document, counsel appears to conflate two closely-related, but distinct issues. As we believe our May 14, 2010 Order and Memorandum Opinion made clear, we were not prepared to accept a dismissal with all parties to bear their own costs, but rather granted the "Motion of Union Carbide for Leave to File Bill of Costs." Union Carbide filed its Bill of Costs and, to the extent that plaintiffs' counsel's Objections address that Bill of Costs, the Objections are properly before us and will be considered by this Magistrate Judge (*see* 28 U.S.C. § 636(b)(1)). Accordingly, it is hereby ORDERED that counsel for plaintiffs file a Response to Defendant's Bill of Costs within fourteen (14) calendar days from the date of this Order. Defendant may, but is not required, to file a Reply within seven (7) calendar days after receipt of the Response. Plaintiffs' counsel may then renew his Objections to the threshold question of entitlement by defendant Union Carbide to costs at all (which has been determined by this Magistrate Judge), upon the entry of a further order pertaining to the extent of the recoverable costs. Upon the entry of that further order, the matter will be ripe for resolution by Judge Robreno under 28 U.S.C. § 636(b)(1)(C).

BY THE COURT:

Dated: 6-15-2010 /s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

# ATTACHED LIST OF CASES

| Last Name | First Name | Mississippi State Dist Court Number | EDPA Docket No. |
|---|---|---|---|
| Brady | Clinton L. | 2006-407-CV11 | 5:08-cv-87071 |
| Broom | Harvey E. | 2006-519-CV11 | 5:08-cv-87069 |
| Bullock | Deloice | 2006-520-CV11 | 5:08-cv-87072 |
| Crawford | Joseph | 2006-394-CV11 | 5:08-cv-87080 |
| Curd | Patrick | 2006-525-CV11 | 5:08-cv-87083 |
| Daniels | Willie Lee | 2006-409-CV11 | 5:08-cv-87068 |
| Daughdrill | Dan Mack | 2006-526-CV11 | 5:08-cv-87081 |
| Dearman | Rolland | 2006-410-CV11 | 5:08-cv-87070 |
| Dixon | George D. | 2006-374-CV11 | 5:08-cv-87077 |
| Emler | Louie T. | 2006-464-CV11 | 5:08-cv-87084 |
| Faust | Johnny W. | 2006-90-CV3 | 5:08-cv-85894 |
| Herring (dec'd) | Henry A. | 2006-468-CV11 | 5:08-cv-87079 |
| Livingston | Daniel | 2006-94-CV3 | 5:08-cv-85987 |
| Lord, Sr. | Archie A. | 16-0056 | 5:08-cv-87030 |
| McPhail | Ralph T. | 2006-345-CV9 | 5:08-cv-87048 |
| Mounteer, Sr. | Eliel K. | 2006-555-V11 | 5:08-cv-87073 |
| Newsom | Joseph | 16-0018 | 5:08-cv-87076 |
| Newsom | Lonnie | 2006-414-CV11 | 5:08-cv-87031 |
| Piner | Ted L. | 2006-415-CV11 | 5:08-cv-87078 |
| Polk | Brandon Kaye | 2006-206-CV3 | 5:08-cv-85986 |
| Polk | Dale F. | 2006-85-CV3 | 5:08-cv-85985 |
| Rawls | Ray C. | 2006-417-CV11 | 5:08-cv-87075 |
| Smith (dec'd) | Cleophus | 2006-75 | 5:08-cv-87032 |
| Thomas | Tony N. | 2006-573-CV11 | 5:08-cv-87082 |
| Wallace | Terry | 2006-491-CV11 | 5:08-cv-87074 |