IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : :X | CIVIL ACTION NO. MDL 875 |
| This Document Relates To: | : : | MISC. ACTION No. 09-MC-103 (Oil Rig Cases) |
| (See Exhibit A - attached case list) | : :X | |

## ORDER RE: SUBPOENA SERVED UPON DR. RICHARD TANNEN

**AND NOW**, this **8th** day of July 2010, it is **HEREBY ORDERED** that Plaintiffs' "Motion to Quash Subpoenas or, Alternatively, for Protective Order" ("Motion") (Doc. 12), filed on July 1, 2009, as it pertains to the subpoena issued by this Court in MDL-875 and served upon Dr. Richard Tannen ("Dr. Tannen") on June 6, 2009, is **DENIED in part** and **GRANTED in part** as follows:

(1) Dr. Tannen shall **PRODUCE** to Defendant Union Carbide Corporation ("Defendant") all documents and materials called for within Paragraphs 1-5, 7, 9, 12, and 15,[1] but only as to specific activity undertaken by him or his staff with respect to those individuals who are remaining Plaintiffs in 09-MC-103;

(2) With respect to Paragraph 8, the Motion is **GRANTED** subject to Dr. Tannen providing to Defendant any information and/or materials that would identify with reasonable particularity the type or model of the medical equipment used by him or his staff to screen or test any of the remaining Plaintiffs in 09-MC-103 within **twenty-one (21)** calendar days of the entry of this order;

(3) With respect to Paragraphs 14 and 18, the Motion is **GRANTED** subject to Dr. Tannen submitting to Defendant an affirmative representation under oath that he was in fact properly

---

[1] All Paragraph references refer to the "Materials to be Produced" section of the subpoena.

certified and/or licensed to have conducted the testing performed on those individuals who are remaining Plaintiffs in 09-MC-103, if any such testing was performed. If he is unable to provide a representation to this effect, he shall produce to Defendant any and all information relating to denials, notices of violations, revocations, rescissions, or suspensions of his certifications and/or licensing at the time when the testing in question was undertaken. The affirmative representation, or alternatively, the production of responsive information shall be provided to Defendant within **twenty-one (21)** calendar days of the entry of this order;

(4) The materials and documents to be produced are to be produced to Defendant within **twenty-one (21)** calendar days of the entry of this order.

BY THE COURT:


/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

# ATTACHED LIST OF CASES

| Last Name | First Name | Mississippi State Dist Court Number | EDPA Docket No. |
|---|---|---|---|
| Brady | Clinton L. | 2006-407-CV11 | 5:08-cv-87071 |
| Broom | Harvey E. | 2006-519-CV11 | 5:08-cv-87069 |
| Bullock | Deloice | 2006-520-CV11 | 5:08-cv-87072 |
| Crawford | Joseph | 2006-394-CV11 | 5:08-cv-87080 |
| Curd | Patrick | 2006-525-CV11 | 5:08-cv-87083 |
| Daniels | Willie Lee | 2006-409-CV11 | 5:08-cv-87068 |
| Daughdrill | Dan Mack | 2006-526-CV11 | 5:08-cv-87081 |
| Dearman | Rolland | 2006-410-CV11 | 5:08-cv-87070 |
| Dixon | George D. | 2006-374-CV11 | 5:08-cv-87077 |
| Emler | Louie T. | 2006-464-CV11 | 5:08-cv-87084 |
| Faust | Johnny W. | 2006-90-CV3 | 5:08-cv-85894 |
| Herring (dec'd) | Henry A. | 2006-468-CV11 | 5:08-cv-87079 |
| Livingston | Daniel | 2006-94-CV3 | 5:08-cv-85987 |
| Lord, Sr. | Archie A. | 16-0056 | 5:08-cv-87030 |
| McPhail | Ralph T. | 2006-345-CV9 | 5:08-cv-87048 |
| Mounteer, Sr. | Eliel K. | 2006-555-V11 | 5:08-cv-87073 |
| Newsom | Joseph | 16-0018 | 5:08-cv-87076 |
| Newsom | Lonnie | 2006-414-CV11 | 5:08-cv-87031 |
| Piner | Ted L. | 2006-415-CV11 | 5:08-cv-87078 |
| Polk | Brandon Kaye | 2006-206-CV3 | 5:08-cv-85986 |
| Polk | Dale F. | 2006-85-CV3 | 5:08-cv-85985 |
| Rawls | Ray C. | 2006-417-CV11 | 5:08-cv-87075 |
| Smith (dec'd) | Cleophus | 2006-75 | 5:08-cv-87032 |
| Thomas | Tony N. | 2006-573-CV11 | 5:08-cv-87082 |
| Wallace | Terry | 2006-491-CV11 | 5:08-cv-87074 |