IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | CIVIL ACTION NO. MDL 875 |
| LIABILITY LITIGATION (No. VI) | : | |
| _____X | | |
| This Document Relates To: | : | MISC. ACTION No. 09-MC-103 |
| | : | (Oil Rig Cases) |
| (See Exhibit A - attached case list) | : | |
| _____X | | |

## ORDER RE: SUBPOENA SERVED UPON
## COMMUNITY PORTABLE X-RAY, INC.

**AND NOW**, this **8th** day of July 2010, it is **HEREBY ORDERED** that Plaintiffs' "Motion

to Quash Subpoenas or, Alternatively, for Protective Order" ("Motion") (Doc. 12), filed on July 1,

2009, as it pertains to the subpoena issued by this Court in MDL-875 and served upon Community

portable X-Ray ("Community") on June 12, 2009, is **DENIED in part** and **GRANTED in part** as

follows:

(1) Community shall **PRODUCE** to Defendant Union Carbide Corporation ("Defendant")

all documents and materials called for within Paragraphs 1, 3-6, 10, 12-13, 16, 18-19, 27,[1] but only

as to specific actions undertaken by its staff or with the use of its equipment to those individuals who

are remaining Plaintiffs in 09-MC-103,

(2) With respect to Paragraph 11, the Motion is **GRANTED** subject to Community providing

to Defendant any information and/or materials that would identify with reasonable particularity the

type or model of the medical equipment used by Community or its his staff to screen or test any of

the remaining Plaintiffs in 09-MC-103 within **twenty-one (21)** calendar days of the entry of this

order;

---

[1] All Paragraph references refer to the "Materials to be Produced" section of the
subpoena.

(3) With respect to Paragraph 17, the Motion is **GRANTED** subject to Community providing Defendant any and all documentation which was provided to those individuals who are remaining Plaintiffs in 09-MC-103 within **twenty-one (21)** calendar days of the entry of this order;

(4) With respect to Paragraphs 21-22 and 24, the Motion is **GRANTED** subject to Community shall submit to Defendant an affirmative representation under oath that it was in fact properly registered, certified and/or licensed to have provided services in connection with the testing done on those individuals who are remaining Plaintiffs in 09-MC-103, if any such testing was performed. If Community is unable to provide a representation to this effect, it shall produce to Defendant any and all information relating to any denials, notices of violations, revocations, rescissions, or suspensions of its certifications and/or licensing at the time when the testing in question was undertaken. The affirmative representation, or alternatively, the production of responsive information shall be provided to Defendant within **twenty-one (21)** calendar days of the entry of this order;

(5) The materials and documents to be produced are to be produced to Defendant within **twenty-one (21)** calendar days of the entry of this order.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

# ATTACHED LIST OF CASES

| Last Name | First Name | Mississippi State Dist Court Number | EDPA Docket No. |
|---|---|---|---|
| Brady | Clinton L. | 2006-407-CV11 | 5:08-cv-87071 |
| Broom | Harvey E. | 2006-519-CV11 | 5:08-cv-87069 |
| Bullock | Deloice | 2006-520-CV11 | 5:08-cv-87072 |
| Crawford | Joseph | 2006-394-CV11 | 5:08-cv-87080 |
| Curd | Patrick | 2006-525-CV11 | 5:08-cv-87083 |
| Daniels | Willie Lee | 2006-409-CV11 | 5:08-cv-87068 |
| Daughdrill | Dan Mack | 2006-526-CV11 | 5:08-cv-87081 |
| Dearman | Rolland | 2006-410-CV11 | 5:08-cv-87070 |
| Dixon | George D. | 2006-374-CV11 | 5:08-cv-87077 |
| Emler | Louie T. | 2006-464-CV11 | 5:08-cv-87084 |
| Faust | Johnny W. | 2006-90-CV3 | 5:08-cv-85894 |
| Herring (dec'd) | Henry A. | 2006-468-CV11 | 5:08-cv-87079 |
| Livingston | Daniel | 2006-94-CV3 | 5:08-cv-85987 |
| Lord, Sr. | Archie A. | 16-0056 | 5:08-cv-87030 |
| McPhail | Ralph T. | 2006-345-CV9 | 5:08-cv-87048 |
| Mounteer, Sr. | Eliel K. | 2006-555-V11 | 5:08-cv-87073 |
| Newsom | Joseph | 16-0018 | 5:08-cv-87076 |
| Newsom | Lonnie | 2006-414-CV11 | 5:08-cv-87031 |
| Piner | Ted L. | 2006-415-CV11 | 5:08-cv-87078 |
| Polk | Brandon Kaye | 2006-206-CV3 | 5:08-cv-85986 |
| Polk | Dale F. | 2006-85-CV3 | 5:08-cv-85985 |
| Rawls | Ray C. | 2006-417-CV11 | 5:08-cv-87075 |
| Smith (dec'd) | Cleophus | 2006-75 | 5:08-cv-87032 |
| Thomas | Tony N. | 2006-573-CV11 | 5:08-cv-87082 |
| Wallace | Terry | 2006-491-CV11 | 5:08-cv-87074 |